IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KEVIN MEDINA & JUAN JASSO,<br> *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-cv-354 |
| QUICK SHOT TRUCKING INC<br>AND ALVIN FINCH,<br> *Defendants*. | § § § § | |

**EXHIBIT A: INDEX OF DOCUMENTS BEING
FILED WITH THE NOTICE OF REMOVAL**

| Exhibit | Document Title |
|---|---|
|  | Civil Cover Sheet |
| A | Index of Documents |
| B | Docket Sheet |
| C | Plaintiffs' Original Petition |
| D | Return of Service for Quick Shot Trucking Inc. |
| E | Return of Service for Alvin Finch |
| F | List of Counsel of Record |